1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Richard C. Wootton (SBN 88390)
   Christopher S. Kieliger (SBN 209121)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Defendant
6  Sort Well, Inc. dba
   AMNAV Maritime Services
7
   **BRODSKY MICKLOW**
8  **BULL & WEISS LLP**
   Kurt Micklow (SBN 135939)
9  Edward M. Bull III (SBN 141966)
   Amy Jo Bull (SBN 135939)
10
   Attorneys for Plaintiff
11 Jeff Rutherford

12                IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14
15 JEFF RUTHERFORD,                     ) Case No.: C10-05756
                                        )
16               Plaintiff,             ) **JOINT STIPULATION TO**
                                        ) **CONTINUE DISCOVERY**
17         v.                           ) **DEADLINES AND (PROPOSED)**
                                        ) **ORDER**
18 M/V ENTERPRISE, her engines, tackle, )
   apparel, furniture, and appurtenances, *in rem*; )
19 AMNAV MARITIME SERVICE, SORT         )
   WELL, INC., MARINE RESOURCES         )
20 GROUP, INC, SALTCHUK RESOURCES,      )
   INC. and DOES 1-10, *in personam*    )
21                                      )
                 Defendants.            )
22                                      )

23         The plaintiff Jeff Rutherford and the defendant Sort Well, Inc. dba AmNav Maritime

24 Services submit the following Joint Stipulation to continue various discovery deadlines as

25 follows:

26         WHEREAS the parties are in the process of trying to negotiate a settlement of this

27 action; and

28

-1-
Joint Stipulation re: Discovery Deadline and [PROPOSED] Order                    Case No.: C10-05756

1   WHEREAS the parties have been holding off on the completion of certain discovery
2   and the retention of experts in an effort to save resources in the event the matter can settle
3   (and to increase the chance of settlement); and

4   WHEREAS the following changes in the dates previously set by the Court will not
5   impact any date involving the Court, nor will they delay the trial of this matter in any way:

6   THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT
7   THE COURT ORDER the following changes in the current pre-trial deadlines relating to
8   the completion of discovery and the exchange of expert reports:

| *Event:* | *Current Deadline:* | *Parties Request:* |
|---|---|---|
| Trial Date: | February 13, 2012 | NO CHANGE |
| Pre-Trial Conf.: | January 27, 2012 | NO CHANGE |
| Pre-Trial Disclosures | January 30, 2011 | NO CHANGE |
| Expert Discovery Cut-off: | January 30, 2011 | NO CHANGE |
| Last Day to serve (by hand) ROGS/RPDS /Deposition notices | November 4, 2011 | December 14, 2011 |
| Disclosure of Experts and Reports: | November 13, 2011 | January 13, 2011 |
| Fact Discovery cut-off: | December 6, 2011 | January 13, 2011 |

Dated: November 3, 2011

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff,
SORT WELL, INC DBA AMNAV
MARITIME SERVICES

By: ___/s/ Jody T. McCormack___
        Jody T. McCormack

Dated: November 3, 2011

BRODSKY MICKLOW
BULL & WEISS LLP
Attorneys for Plaintiff
JEFF RUTHERFORD

By: ___/s/ Edward M. Bull III___
        Edward M. Bull III

## CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to attorney, Edward M. Bull III, and that he authorized me to sign the document on his behalf.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.Rutherford

-2-                                                                                                   Case No.: C10-05756
Joint Stipulation re: Discovery Deadline and [PROPOSED] Order

1  **[PROPOSED] Case Management Order**

2      The Joint Stipulation and Proposed Order is hereby adopted by the Court  and the

3  parties are ordered to comply with this Order.

4  Dated: 10/7/11

5  The Honorable S

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.Rutherford

-1-                                                                                  Case No.:  C10-05756

Joint Stipulation re: Discovery Deadline and [PROPOSED] Order