| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
|   | **HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
|   | Jody T. McCormack (SBN 252453) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.:  415-438-4601 |

Attorneys for Defendant,
Sort Well, Inc. dba
AMNAV Maritime Services

**BRODSKY MICKLOW**
**BULL & WEISS LLP**
Edward M. Bull III (SBN 141996)
Amy Jo Bull (SBN 135939)
384 Embarcadero West, Suite 200
Oakland California 94607
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

Attorneys for Plaintiff,
Jeff Rutherford

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RUTHERFORD, | ) Case No.:  C10-05756 |
|   | ) |
| Plaintiff, | ) ~~(PROPOSED)~~ ORDER TO DISMISS |
|   | ) CAUSE OF ACTION FOR |
| v. | ) PUNITIVE DAMAGES WITHOUT |
|   | ) PREJUDICE |
| M/V ENTERPRISE, her engines, tackle, | ) |
| apparel, furniture, and appurtenances, *in rem*; | ) |
| AMNAV MARITIME SERVICE, SORT | ) |
| WELL, INC., MARINE RESOURCES | ) |
| GROUP, INC, SALTCHUK RESOURCES, | ) |
| INC. and DOES 1-10, *in personam* | ) |
|   | ) |
| Defendants. | ) |
| _____ | ) |

   The Joint Stipulation and Proposed Order is hereby adopted by the Court  and the plaintiff's claim for punitive damages is dismissed without prejudice.  If at his sole discretion, the plaintiff deems that the assertion of such claims are warranted by any facts arising after the date of the execution of this stipulation, the plaintiff may file an amended

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.Rutherford

-1-   Case No.:  C10-05756

PROPOSED ORDER…

1  complaint for punitive damages.  If such an amended complaint is filed, defendant will have
2  twenty (20) days to file a responsive pleading, unless the Court orders a shorter or longer
3  period.

Dated:  12/8/11

**DENIED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.Rutherford

PROPOSED ORDER…

-2-                                                                                                      Case No.:  C10-05756