**BRODSKY MICKLOW
BULL & WEISS LLP**
Kurt Micklow (SBN 135939)
Edward M. Bull III (SBN 141966)
Amy Jo Bull (SBN 135939)
384 Embarcadero West, Suite 200
Oakland, California, 94607-3704
Telephone:    (510) 268-6180
Facsimile:     (510) 268-6181

Attorneys for Plaintiff
Jeff Rutherford

**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant
Sort Well, Inc. dba
AMNAV Maritime Services

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RUTHERFORD,<br><br>             Plaintiff,<br><br>    v.<br><br>M/V ENTERPRISE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*; AMNAV MARITIME SERVICE, SORT WELL, INC., MARINE RESOURCES GROUP, INC, SALTCHUK RESOURCES, INC. and DOES 1-10, *in personam*<br><br>             Defendants. | Case No.: C10-05756<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE DEADLINE FOR EXCHANGE OF EXPERT REPORTS** |

The plaintiff Jeff Rutherford and the defendant Sort Well, Inc. dba AmNav Maritime Services submit the following Stipulation and Proposed Order to Continue Deadline to Exchange Expert Reports as follows:

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.Rutherford

-1-                                                                         Case No.: C10-05756
Joint Stipulation re: Expert Deadline and [PROPOSED] Order

1  WHEREAS the Court did not set a deadline for the disclosure of expert reports in its
2  Status Conference Order of April 15, 2011 (Doc. No. 16); and
3  WHEREAS the parties stipulated pursuant to FRCP 26(a)(2)(D) to exchange reports
4  on January 13, 2012; and
5  WHEREAS the parties sought the certainty of having that stipulation approved by
6  the Court and the Court adopted that deadline in its Stipulation and Order Continuing
7  Discovery Deadlines (Doc. No. 20); and
8  WHEREAS the parties have agreed to participate in a full day mediation with John
9  P. McGlynn of JAMS in San Francisco on January 17, 2012; and
10  WHEREAS the parties believe that avoiding the expense of the completion and
11  exchange of expert reports until after the mediation may increase the chance of settlement
12  and prevent the waste of party resources;
13  WHEREAS continuing the deadline until one week after the mediation (to January
14  24, 2012) will not impact any other dates in the case, and in particular the pre-trial filings,
15  the Pre-Trial Conference, or the trial date in any way:
16  THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT
17  THE COURT ORDER the following single change in the current pre-trial deadlines:

| Event: | Current Deadline: | Parties Request: |
|---|---|---|
| Disclosure of Experts and Reports: | January 13, 2012 | January 24, 2012 |

Dated: January 4, 2012         BRODSKY MICKLOW BULL & WEISS LLP

By:   /s/ Edward M. Bull III
            Edward M. Bull III

Attorneys for Plaintiff
JEFF RUTHERFORD

Dated: January 4, 2012         COX, WOOTTON, GRIFFIN,
                                HANSEN & POULOS, LLP

By:   /s/ Richard C. Wootton
            Richard C. Wootton

Attorneys for Plaintiff,
SORT WELL, INC DBA AMNAV
MARITIME SERVICES

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.Rutherford

## CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to attorney Richard C. Wootton, and that he authorized me to sign the document on his behalf.

Dated: January 4, 2012            BRODSKY MICKLOW BULL& WEISS LLP

By: ____/s/ Edward M. Bull III____
Edward M. Bull III

Attorneys for Plaintiff
JEFF RUTHERFORD

### [PROPOSED] Case Management Order

The Joint Stipulation and Proposed Order is hereby adopted by the Court and the parties are ordered to comply with this Order.

Dated: __1/9/12__                                     _____
The Hon. IT IS SO ORDERED
Judge Samuel Conti

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.Rutherford

-3-                                     Case No.: C10-05756
Joint Stipulation re: Expert Deadline and [PROPOSED] Order