1  **BRODSKY MICKLOW**
   **BULL & WEISS LLP**
2  Kurt Micklow (SBN 135939)
   Edward M. Bull III (SBN 141966)
3  Amy Jo Bull (SBN 135939)
   384 Embarcadero West, Suite 200
4  Oakland, California, 94607-3704
   Telephone:     (510) 268-6180
5  Facsimile:     (510) 268-6181

6  Attorneys for Plaintiff
   Jeff Rutherford
7

8  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
9  Richard C. Wootton (SBN 88390)
   Christopher S. Kieliger (SBN 209121)
10 190 The Embarcadero
   San Francisco, CA  94105
11 Telephone No.: 415-438-4600
   Facsimile No.:  415-438-4601
12
   Attorneys for Defendant
13 Sort Well, Inc. dba
   AMNAV Maritime Services
14

15               IN THE UNITED STATES DISTRICT COURT

16           FOR THE NORTHERN DISTRICT OF CALIFORNIA

17  JEFF RUTHERFORD,                    )  Case No.:  C10-05756
                                        )
18              Plaintiff,              )  **STIPULATION AND (~~PROPOSED~~)**
                                        )  **ORDER TO CONTINUE DEADLINE**
19      v.                              )  **FOR EXCHANGE OF EXPERT**
                                        )  **REPORTS**
20  M/V ENTERPRISE, her engines, tackle, )
    apparel, furniture, and appurtenances, *in rem*; )
21  AMNAV MARITIME SERVICE, SORT        )
    WELL, INC., MARINE RESOURCES        )
22  GROUP, INC, SALTCHUK RESOURCES,     )
    INC. and DOES 1-10, *in personam*   )
23                                      )
                Defendants.             )
24  _____ )

25         The plaintiff Jeff Rutherford and the defendant Sort Well, Inc. dba AmNav

26  Maritime Services submit the following Stipulation and Proposed Order to Continue

27  Deadline to Exchange Expert Reports as follows:

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.Rutherford

                                    -1-                    Case No.:  C10-05756
Joint Stipulation re: Expert Deadline and [PROPOSED] Order

1 WHEREAS the Court did not set a deadline for the disclosure of expert reports in its

2 Status Conference Order of April 15, 2011 (Doc. No. 16); and

3 WHEREAS the parties stipulated pursuant to FRCP 26(a)(2)(D) to exchange reports

4 on January 13, 2012; and

5 WHEREAS the parties sought the certainty of having that stipulation approved by

6 the Court and the Court adopted that deadline in its Stipulation and Order Continuing

7 Discovery Deadlines (Doc. No. 20); and

8 WHEREAS the parties have agreed to participate in a full day mediation with John

9 P. McGlynn of JAMS in San Francisco on January 17, 2012; and

10 WHEREAS the parties believe that avoiding the expense of the completion and

11 exchange of expert reports until after the mediation may increase the chance of settlement

12 and prevent the waste of party resources;

13 WHEREAS continuing the deadline until one week after the mediation (to January

14 24, 2012) will not impact any other dates in the case, and in particular the pre-trial filings,

15 the Pre-Trial Conference, or the trial date in any way:

16 THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT

17 THE COURT ORDER the following single change in the current pre-trial deadlines:

18

| *Event:* | *Current Deadline:* | *Parties Request:* |
|---|---|---|
| Disclosure of Experts and Reports: | January 13, 2012 | January 24, 2012 |

20

Dated: January 4, 2012    BRODSKY MICKLOW BULL& WEISS LLP

21

              By: ____/s/ Edward M. Bull III_____
22                Edward M. Bull III

23              Attorneys for Plaintiff
                JEFF RUTHERFORD

24

Dated: January 4, 2012    COX, WOOTTON, GRIFFIN,
25                HANSEN & POULOS, LLP

26              By: ___/s/ Richard C. Wootton ____
                Richard C. Wootton

27

28              Attorneys for Plaintiff,
                SORT WELL, INC DBA AMNAV
                MARITIME SERVICES

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.Rutherford

-2-        Case No.:  C10-05756

Joint Stipulation re: Expert Deadline and [PROPOSED] Order

1

2

3

**CERTIFICATE OF SIGNATURE**

4

I attest that the content of this document is acceptable to attorney Richard C. Wootton, and that he authorized me to sign the document on his behalf.

5

6

Dated: January 4, 2012                     BRODSKY MICKLOW BULL& WEISS LLP

7

By: _____/s/ Edward M. Bull III_____-_

8                                                  Edward M. Bull III

9                                        Attorneys for Plaintiff
                                         JEFF RUTHERFORD

10

11

12

13

**[PROPOSED] Case Management Order**

14

The Joint Stipulation and Proposed Order is hereby adopted by the Court and the

15

parties are ordered to comply with this Order.

16

17      Dated: ___1/9/12___

18                                                _____
                                             The Hon. IT IS SO ORDERED ...ti

19                                                   Judge Samuel Conti

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

26

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600      27
FAX: 415-438-4601

28

AMN.Rutherford