| | |
|---|---|
| 1 | BRODSKY MICKLOW BULL & WEISS LLP |
| | Edward M. Bull III, State Bar No. 141966 |
| 2 | 384 Embarcadero West, Suite 200 |
| | Oakland, California, 94607-3704 |
| 3 | Telephone:     (510) 268-6180 |
| | Facsimile:     (510) 268-6181 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | JEFF RUTHERFORD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF RUTHERFORD, | ) | CASE NO. C-10-5756 SC |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| M/V ENTERPRISE, her engines, tackle, apparel, furniture, and appurtenances, *in rem*; AMNAV MARITIME SERVICE, SORT WELL, INC., MARINE RESOURCES GROUP, INC, SALTCHUK RESOURCES, INC. and DOES 1-10, *in personam,* | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

   Please take notice that the parties to the above entitled action have reached a full and final settlement of all issues framed by the pleadings.  The parties therefore request the issuance a sixty (60) day conditional dismissal pending the finalization of the settlement.

DATED: February 10, 2012          Respectfully submitted,

                                  BRODSKY MICKLOW BULL & WEISS LLP


                                  By  /s/ Edward M. Bull III
                                       Edward M. Bull III

                                  Attorneys for Plaintiff
                                  JEFF RUTHERFORD

[Stamp: IT IS SO ORDERED, Judge Samuel Conti — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

-1-