1  BRODSKY MICKLOW BULL & WEISS LLP
   Edward M. Bull III, State Bar No. 141966
2  384 Embarcadero West, Suite 200
   Oakland, California, 94607-3704
3  Telephone:     (510) 268-6180
   Facsimile:     (510) 268-6181
4
   Attorneys for Plaintiff
5  JEFF RUTHERFORD

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10

11 JEFF RUTHERFORD,                    )   CASE NO. C-10-5756 SC
                                       )
12              Plaintiff,             )   **NOTICE OF SETTLEMENT**
                                       )
13 vs.                                 )
                                       )
14 M/V ENTERPRISE, her engines, tackle,)
   apparel, furniture, and appurtenances, *in rem*; )
15 AMNAV MARITIME SERVICE, SORT        )
   WELL, INC., MARINE RESOURCES        )
16 GROUP, INC, SALTCHUK RESOURCES,     )
   INC. and DOES 1-10, *in personam,*  )
17                                     )
                Defendants.            )
18 _____)

19

20     Please take notice that the parties to the above entitled action have reached a full and

21 final settlement of all issues framed by the pleadings.  The parties therefore request the issuance

22 a sixty (60) day conditional dismissal pending the finalization of the settlement.

23 DATED: February 10, 2012            Respectfully submitted,

24                                     BRODSKY MICKLOW BULL & WEISS LLP
25
26                                     By  /s/ Edward M. Bull III
                                            Edward M. Bull III
27
                                       Attorneys for Plaintiff
28                                     JEFF RUTHERFORD

                                       -1-

*IT IS SO ORDERED*
Judge Samuel Conti